IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JASON L. BURTON, <br><br> Plaintiff, <br><br> v. <br><br> VC N. PRIORITY SHIPPING GMBH & CO.; and V SHIPS HAMBURG GMBH & CO. KG, <br><br> Defendants. | CIVIL ACTION NO.: 4:23-cv-203 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal, signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties stipulate to the dismissal of this matter with prejudice, with each side to bear its own costs, expenses and attorneys' fees. (Doc. 31.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA